IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTERTRUST TECHNOLOGIES CORP., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:19-CV-00266-JRG |
| CINEMARK HOLDINGS, INC., | § § § | LEAD CASE |
| *Defendant*, | § § § | |
| AMC ENTERTAINMENT HOLDINGS INC., | § § § § | CIVIL ACTION NO.  2:19-CV-00265-JRG MEMBER CASE |
| *Defendant*, | § § § | |
| REGAL ENTERTAINMENT GROUP, | § § § | CIVIL ACTION NO.  2:19-CV-00267-JRG MEMBER CASE |
| *Defendant*. | § § | |

## **ORDER**

Before the Court is Plaintiff Intertrust Technologies Corp.'s ("Intertrust") Unopposed Motion for the Issuance of Letter Rogatory to the Ontario Superior Court of Justice to Examine Persons and Produce Documents of IMAX Corporation (Canada). (Dkt. No. 63). In the Motion, Intertrust requests the Court issue a letter rogatory for international judicial assistance (the "Letter Rogatory") seeking assistance from the Ontario Superior Court of Justice to compel Darren D. Throop, Eric A. Demirian, and Michael M. Macmillan located at 2525 Speakman Drive, Mississauga, ON L5K 1B1, Canada ("IMAX Canada") or any other representative(s) of IMAX Canada in Ontario as identified by the Ontario Superior Court of Justice to testify at a deposition

on the topics identified in the Letter Rogatory and produce documents of IMAX Canada as specified in the Letter Rogatory.

Having considered the Motion, the Court finds it should be and hereby is **GRANTED**. The Court hereby **APPROVES** the proposed Letter Rogatory attached to the Motion as Exhibit 1. Accordingly, the Court will execute the Letter Rogatory with an original signature, to which the Clerk of the Court shall affix an original seal.

**So ORDERED and SIGNED this 7th day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE