# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

INTERTRUST TECHNOLOGIES      §
CORPORATION      §
     §
     §      Case No. 2:19-CV-0266-JRG
v.      §
     §
CINEMARK HOLDINGS, INC.      §

---

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**June 17, 2020**

__OPEN:   1:30 pm__                   __ADJOURN: 3:25 pm__

---

ATTORNEYS FOR PLAINTIFF:        See attached

ATTORNEY FOR DEFENDANTS:        See attached

TECHNICAL ADVISOR:        Don Tiller

LAW CLERK:        Steven Laxton

COURT REPORTER:        Ed Reed

COURTROOM DEPUTY:        Becky Andrews

Court opened.   Case called.   Chad Everingham announced ready and introduced co-counsel. Melissa Smith announced ready and introduced co-counsel.

The Court heard argument on a term by term basis.   Tigran Guledjian, Jordan Kaericher and Scott Florance presented argument on behalf of Plaintiff.   Cat Garza, Eric Hall and Stephanie DeBrow presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.