# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORP., <br>  *Plaintiff*, <br><br> v. <br><br> CINEMARK HOLDINGS, INC., <br>  *Defendant*. | Civil Action No. 2:19-cv-266 <br> (LEAD CASE) |
| INTERTRUST TECHNOLOGIES CORP., <br>  *Plaintiff*, <br><br> v. <br><br> AMC ENTERTAINMENT HOLDINGS, INC., <br>  *Defendant*. | Civil Action No. 2:19-cv-265 |
| INTERTRUST TECHNOLOGIES CORP., <br>  *Plaintiff*, <br><br> v. <br><br> REGAL ENTERTAINMENT GROUP, <br>  *Defendant*. | Civil Action No. 2:19-cv-267 |

## **ORDER**

Before the Court is Defendants' Motion to Stay Actions Pending Mandamus Proceedings. Having considered the briefing of the parties, the Court GRANTS Defendants' Motion. The above-captioned actions are hereby stayed pending the appellate court's resolution of Defendants' pending mandamus proceedings.