**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00266-JRG |
| CINEMARK HOLDINGS, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Clarification of the Order and Related Letter Rogatory to Examine Persons and Produce Documents of GDC Technology Limited to Address Questions Raised by the High Court of Hong Kong SAR (Dkt. No. 197) filed by the Plaintiff Intertrust Technologies Corporation (the "Motion"). In the Motion, Plaintiff requests that the Court provide three clarifications, as requested by the High Court of Hong Kong SAR, to this Court's Order granting Intertrust's Unopposed Motion for the Issuance of Letters of Rogatory to Examine Persons and Produce Documents of GDC Technology Limited (Hong Kong SAR) (Dkt. No. 69) (the "Letter Rogatory Order") and the related Letter Rogatory issued by this Court on April 7, 2020 (Dkt. No. 64-1) (the "Letter Rogatory"). First, Plaintiff requests that the identity of the person to give evidence on behalf of GDC Technology Limited (Hong Kong SAR) ("GDC HK") on the topics listed on Schedule A of the Letter Rogatory be narrowed from "Mr. [Chong] Man Nang . . . or any other representative(s) of GDC HK to appear for a deposition" to identify only Mr. Chong Man Nang as the person to provide such evidence. Second, the Plaintiff requests that the custodian of the records requested in the topics addressing "the authenticity of documents and business records produced by You in response to the Letter Rogatory" and "[d]ocuments

produced by You in response to the Letter Rogatory" be changed from the term "You" to GDC HK. Finally, the Plaintiff requests that the Court clarify that Mr. Chong Man Nang, as the authorized representative and a director of GDC HK in Hong Kong, is an appropriate person to fill in the Declaration of Custodian of Records for GDC HK (Dkt. No. 64-1 p. 42) on behalf of GDC HK.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Letter Rogatory Order and Letter Rogatory are **CLARIFIED** in the following ways:

(1) The person to answer under oath the questions in Schedule A of the Letter Rogatory is Mr. Chong Man Nang and only Mr. Chong Man Nang;

(2) The term "You" in the deposition topics addressing "the authenticity of documents and business records produced by You in response to the Letter Rogatory" and the term "You" in "[d]ocuments produced by You in response to the Letter Rogatory" is clarified to mean only GDC Technology Limited (Hong Kong SAR); and

(3) Mr. Chong Man Nang is confirmed to be an appropriate person to fill in the Declaration of Custodian of Records for GDC HK (Dkt. No. 64-1 p. 42) on behalf of GDC HK.

**So ORDERED and SIGNED this 22nd day of March, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE