IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION | § § § § § | Case No. 2:19-cv-00266-JRG (LEAD CASE) |
| v. | | |
| CINEMARK HOLDINGS, INC. | § § § § | |
| AMC ENTERTAINMENT HOLDINGS, INC. | § § § § | Case No. 2:19-cv-00265-JRG (MEMBER CASE) |
| REGAL ENTERTAINMENT GROUP | § § | Case No. 2:19-cv-00267-JRG (MEMBER CASE) |

MINUTES FOR PRETRIAL CONFERENCE – DAY 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
February 4, 2022

**OPEN:** 10: 45 AM                              **ADJOURN:** 04:42 PM

ATTORNEYS FOR PLAINTIFF:            See attached

ATTORNEYS FOR DEFENDANTS:       See attached.

LAW CLERK:                                          Tom Derbish

COURT REPORTER:                            Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                     Andrea Brunson, CP

| TIME | MINUTES |
|---|---|
| 10:45 AM | Court opened. |
| 10:46 AM | Court called for announcements from counsel. |
| 10:47 AM | Court proceeded with Day 2 of pretrial covering disputes re: MILs and exhibits to be pre-admitted. |
| 10:48 AM | Update provided to the Court re: pending MILs. Court directed parties to file an agreed representation re: disposition of disputed MILS by noon, Monday, February 7. |
| 10:52 AM | Court proceeded to hear argument re: parties' objections to MILs. |
| 10:53 AM | Plaintiff's MIL 1: Argument presented. |

| TIME | MINUTES |
|---|---|
| 10:59 AM | Court ruling:<br>Plaintiff's MIL 1:  GRANTED to include limitations and instructions set forth in the record. |
| 11:01 AM | Plaintiff's MIL 3:  Argument presented. |
| 11:34 AM | Court ruling:<br>Plaintiff's MIL 3: GRANTED with instructions set forth in the record; however, Court to further review. |
| 11:36 AM | Plaintiff's MIL 4:  Argument presented. |
| 11:50 AM | Court ruling:<br>Plaintiff's MIL 4: GRANTED-IN-PART and DENIED-IN-PART subject to exclusions and instructions set forth in the record. |
| 11:53 AM | Plaintiff's MIL 5:  Argument presented. |
| 11:58 AM | Court ruling:<br>Plaintiff's MIL 5: GRANTED-IN-PART and DENIED-IN-PART subject to exclusions and instructions set forth in the record. |
| 12:00 PM | Recess. |
| 12:59 PM | Court reconvened. |
| 12:59 PM | Plaintiff's MIL 6:  Argument presented. |
| 01:01 PM | Court ruling:<br>Plaintiff's MIL 6: GRANTED. |
| 01:01 PM | Defendants' MIL 24:  Argument presented. |
| 01:04 PM | Court ruling:<br>Defendants' MIL 24:  DENIED. |
| 01:05 PM | Plaintiff's MIL 8:  Argument presented. |
| 01:11 PM | Court ruling:<br>Plaintiff's MIL 8: GRANTED-IN-PART and DENIED-IN-PART with exclusions and instructions set forth in the record. |
| 01:15 PM | **Courtroom sealed.** |
| 01:16 PM | Plaintiff's MIL 9:  Argument presented. |
| 01:35 PM | Court ruling:<br>Plaintiff's MIL 9: GRANTED with instructions set forth in the record. |
| 01:38 PM | **Courtroom unsealed.** |
| 01:38 PM | Defendants' MIL 20:  Argument presented. |
| 01:43 PM | Court ruling:<br>Defendants' MIL 20:  GRANTED with instructions set forth in the record. |
| 01:46 PM | Conclusion of argument re: MILs. |
| 01:46 PM | Update re: meet and confer efforts re: disputed exhibits. |
| 01:47 PM | Court began hearing the following arguments re: objections to exhibits. |
| 01:47 PM | Objections to Plaintiff's Exhibit List: |
| 01:47 PM | Group No. 1:  Argument presented. |
| 01:55 PM | Court: Pre-admitted with redaction instructions. |
| 01:56 PM | Group No. 2:  Argument presented. |
| 02:03 PM | Court: Pre-admitted to include Defendants' identical group. |
| 02:06 PM | Group No. 3:  Argument presented. |

| TIME | MINUTES |
|---|---|
| 02:13 PM | Court: Pre-admitted with instructions re: proper descriptive identifiers. |
| 02:14 PM | Group No. 4 and Group No. 5:  Argument presented. |
| 02:18 PM | Court: Pre-admitted. |
| 02:19 PM | Group No. 6:  Argument presented. |
| 02:20 PM | Per agreement of the parties, Court excluded for pre-admission. |
| 02:20 PM | Group No. 7:  Argument presented. |
| 02:32 PM | Court:  Pre-admitted PX 192 and excluded remainder. |
| 02:34 PM | Group No. 8:  Argument presented. |
| 02:47 PM | Recess. |
| 03:01 PM | Court reconvened. |
| 03:02 PM | Group No. 8:  Argument continued. |
| 03:09 PM | Court: Excluded from pre-admission but may be used as demonstratives. |
| 03:11 PM | Group No. 9:  Argument presented. |
| 03:15 PM | Court: Pre-admitted. |
| 03:16 PM | Objections to Defendants' Exhibit List: |
| 03:16 PM | Group No. 10:  Argument presented. |
| 03:24 PM | Court: Pre-admitted. |
| 03:24 PM | Group No. 11:  Argument presented. |
| 03:28 PM | Court: Excluded from pre-admission but may be used as demonstratives. |
| 03:29 PM | Group No. 12:  Argument presented. |
| 03:35 PM | Court: Pre-admitted conditioned upon laying proper predicate for proving-up business records. |
| 03:37 PM | Group No. 13:  Argument presented. |
| 03:37 PM | Court: Pre-admitted conditioned upon laying proper predicate for proving-up business records. |
| 03:38 PM | Group No. 14:  Argument presented. |
| 03:42 PM | Court: Excluded from pre-admission with additional instructions as set forth in the record. |
| 03:42 PM | Group No. 15:  Argument presented. |
| 03:48 PM | Court: Excluded from pre-admission. |
| 03:49 PM | Group No. 16 (Allen Co) and Group No. 18 (Deloitte):  Argument presented. |
| 04:00 PM | Court: Excluded from pre-admission but may be used as demonstratives. |
| 04:05 PM | Group No. 17 (DCI):  Argument presented. |
| 04:07 PM | Court: Pre-admitted excluding DX 488 and DX 489. |
| 04:07 PM | Argument presented re: DX 488 and DX 489. |
| 04:09 PM | Court:  Excluded DX 488 and DX 489. |
| 04:10 PM | Group No. 19:  Argument presented. |
| 04:22 PM | Court:  Excluded from pre-admission but may be used as demonstratives. |
| 04:23 PM | Group No. 20:  Argument presented. |
| 04:29 PM | Court:  Excluded from pre-admission but may be used as demonstratives. |
| 04:30 PM | Group No. 21:   Court: Not preadmitted but Court will hold in reserve. |
| 04:32 PM | Group No. 22:  Court:  Subject to previous MIL ruling, not preadmitted but Court will hold in reserve. |
| 04:32 PM | Arguments concluded. |

| TIME | MINUTES |
|---|---|
| 04:33 PM | Discussion and instructions re: Defendants' large demonstrative equipment to be used at trial. |
| 04:38 PM | Pretrial process concluded. |
| 04:42 PM | Court adjourned. |