IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERTRUST TECHNOLOGIES CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CINEMARK HOLDINGS, INC., AMERICAN MULTI-CINEMA, INC. CINEMARK USA, INC., CENTURY THEATRES, INC., CNMK TEXAS PROPERTIES, LLC,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO.  2:19-CV-00266-JRG |
| v.<br><br>REGAL ENTERTAINMENT GROUP<br><br>*Defendant*. | § § § § § § CIVIL ACTION NO.  2:19-CV-00267-JRG (MEMBER CASE) |

## ORDER

Before the Court is the parties' Stipulation of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation"). (Dkt. No. 230). In the Stipulation, Plaintiff Intertrust Technologies Corporation ("Intertrust") dismisses its claims against Defendant Regal Entertainment Group ("Regal") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims against Regal in the above-captioned actions are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

.

**So ORDERED and SIGNED this 5th day of April, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE